# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:18-cr-128 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| ALVIN JEREMY TENENBAUM ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

United States Magistrate Judge Christopher H. Steger filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea to Count One of the three-count Indictment; (2) accept Defendant's guilty plea to Count One of the three-count Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846; and (4) order that Defendant remain in custody until further order of this Court or sentencing in this matter. (Doc. 33.)

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 32) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea to Count One of the three-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the three-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846; and

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **May 3, 2019, at 9:00 a.m.**, before the undersigned.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**